KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID COLE & ZENOBIA COLE,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONAL SAFETY, et al.,**<br><br>                      Defendants. | C 12-02086 EJD<br><br>**STIPULATION TO CONTINUE SEPTEMBER 27, 2012 MEDIATION SESSION** |

The following stipulation requests that the mediation session scheduled for September 27, 2012 be vacated in order to provide Plaintiffs with additional time to seek relief under the Federal Tort Claims Act and to amend their complaint.

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs David Cole and Zenobia Cole and Defendants Department of Correctional Safety, by and through their respective counsel, stipulate and request as follows:

1. In June 2012, the parties agreed to mediate the case through this Court's Alternative Dispute Resolution Program;

2. On August 10, 2012, Randolph W. Hall of the Oakland City Attorney's Office was assigned to serve as the mediator. The mediation session has been scheduled for September 27, 2012.

3. In preparing for the mediation, the parties have recognized that in order for any mediation session to be productive, Plaintiffs must seek relief under the Federal Tort Claims Act and amend their complaint to name individual defendants;

4. With respect to Civil L.R. 6-2(a)(1), the parties have conferred and agree that continuing the September 27 mediation session would be desirable because it would allow Plaintiffs to begin the process of seeking relief under the Federal Tort Claims Act;

5. With respect to Civil L.R. 6-2(a)(2), there have been no previous time modifications; and

6. With respect to Civil L.R. 6-2(a)(3), a continuance of the mediation session will not delay other deadlines.

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court vacate the September 27, 2012 mediation session. The parties are willing to revisit the issue during the November 2, 2012 case management conference.

By his signature below, and pursuant to General Order 45, counsel for Defendants attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

1 | Dated: September 24, 2012 By: /s/ Todd Davis
FARLING HECHT & DAVIS LLP

*Attorneys for Plaintiffs David and Zenobia Cole*

4 | Dated: September 24, 2012 By: /s/ Michael J. Quinn
Deputy Attorney General

*Attorneys for Defendants*

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/26/2012

_____
The Honorable Edward J. Davila
United States District Court Judge

SF2012204069
20639803.docx

2

Stipulation to Continue Mediation Session (C 12-02086 EJD)

# CERTIFICATE OF SERVICE

Case Name:   **Cole v. State of California, et al.**      No.   **C 12-02086**

I hereby certify that on **September 25, 2012**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO CONTINUE SEPTEMBER 27, 2012 MEDIATION SESSION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 25, 2012**, at San Francisco, California.

|  A. Navarro  |  /s/ A. Navarro  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

SF2012204069
20639941.doc