1    KAMALA D. HARRIS
     Attorney General of California
2    DANIELLE F. O'BANNON
     Supervising Deputy Attorney General
3    MICHAEL J. QUINN
     Deputy Attorney General
4    State Bar No. 209542
       455 Golden Gate Avenue, Suite 11000
5      San Francisco, CA 94102-7004
       Telephone: (415) 703-5726
6      Fax: (415) 703-5843
       E-mail: Michael.Quinn@doj.ca.gov
7    *Attorneys for Defendants Office of Correctional Safety*

8

9    TODD K. DAVIS (Bar No. 169654)
     **FARLING, HECHT & DAVIS, LLP**
10   96 North Third Street, Suite 660
     San Jose, California 95112
     Telephone: (408) 295-6100
11   *Attorneys for Plaintiffs David Cole and Zenobia Cole*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID COLE & ZENOBIA COLE,**<br><br>                               Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONAL SAFETY, et al.,**<br><br>                               Defendants. | C 12-02086 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING:**<br><br>**1. FACT DISCOVERY CUT-OFF; AND 2. RELATED DEADLINES**<br><br>[Civil Local Rules 6-2 and 7-12] |

1.   The parties request that the Fact Discovery Cut-Off, currently set for **February 1, 2013**, be extended to **May 1, 2013,** and that all related deadlines be continued accordingly.

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs David and Zenobia Cole and Defendants Office of Correctional Safety, by and through their respective counsel, stipulate and request as follows:

1.   WHEREAS, on October 29, 2012 the Court issued a Case Management Order (Docket No. 20), setting the Fact Discovery Cut-Off for February 1, 2013;

2.   WHEREAS, Plaintiffs are still in the process of serving various Defendants named in the amended complaint;

3.   WHEREAS, the parties plan to engage in ADR once the Defendants named in the amended complaint have been served;

4.   WHEREAS, with respect to Civil L.R. 6-2(a)(1), the parties have conferred regarding particular reasons an extension of the deadline is mutually-agreeable, including that the parties plan to conduct discovery once the Defendants have been served;

5.   WHEREAS, with respect to Civil L.R. 6-2(a)(2), there have been no previous time modifications in this action; and

6.   WHEREAS, with respect to Civil L.R. 6-2(a)(3), a three-month continuance of the Fact Discovery Cut-Off and related deadlines will likely delay the case and trial accordingly, but due to the circumstances cannot reasonably be avoided;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the Court continue the Fact Discovery Cut-Off to **May 1, 2011** and continue all related deadlines as follows:

| | |
|---|---|
| May 22, 2013 | Last day to complete expert discovery. |
| June 1, 2013 | Last Day for hearing on dispositive motions. |

The parties further request that the Court vacate the Preliminary Pretrial Conference, currently set for February 1, 2013 at 11:00 a.m., and schedule a Case Management Conference.

### **E-FILING ATTESTATION**

By his signature below, and pursuant to General Order 45, counsel for Defendant attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated:  January 18, 2013        By:   /s/  Todd K. Davis
                                FARLING, HECHT & DAVIS LLP
                                *Attorneys for Plaintiffs David Cole and Zenobia Cole*

Dated:  January 18, 2013        By:   /s/  Michael J. Quinn
                                *Attorneys for Defendants Office of Correctional Safety*

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED subject to the following additional orders: (1) all defendants shall be served with process on or before February 5, 2013, or shall be dismissed from this action; (2) the court schedules this action for a status conference on March 1, 2013, at 10:00 a.m.  The parties shall file a Joint Status Conference statement on or before February 22, 2013, which provides, inter alia, an update as to the progress of the case; (3) the Preliminary Pretrial Conference scheduled for February 1, 2013, is continued to June 28, 2013, at 11:00 a.m.  The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before June 18, 2013.

IT IS SO ORDERED.
DATED: January 24, 2013

_____
EDWARD J. DAVILA
United States District Judge

20664486.doc