UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID COLE and ZENOBIA COLE, | Case No.: 5:12-CV-02086 EJD |
| Plaintiff, | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONAL SAFETY, et al., | |
| Defendants. | |

This case is scheduled for a Status Conference on March 1, 2013. The Court has determined that an appearance is unnecessary and that the Conference will be VACATED accordingly.

**IT IS SO ORDERED.**

Dated: February 25, 2013



EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-CV-02086 EJD
ORDER VACATING STATUS CONFERENCE